Cynthia Ann Zoccali
118 Meredith Drive
Spring City, PA 19475

*Debtor* in Pro Se



FILED
OCT 22 2024
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| In Re:<br><br>CYNTHIA ANN ZOCCALI,<br><br>Debtor | Bankruptcy Case No.: 24-10445-amc<br>(Chapter 13)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION**<br><br>Property Address:<br>118 Meredith Drive<br>Spring City, PA 19475 |

    Notice is hereby given that Cynthia Ann Zoccali, Debtor in the above-named case, hereby appeals the order of the United States Bankruptcy Court Eastern District of Pennsylvania (Philadelphia Division) dated October 9, 2024, which Order denied Debtor's Objection to Lift the Stay - ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY, attached hereto as **Exhibit 1**.

    Cynthia Ann Zoccali requests her appeal to be adjudicated by the United States District Court, for the Eastern Division of Pennsylvania.

Dated: 10/22/24

                                                                                    Respectfully submitted,

                                                                           **/s/Cynthia Ann Zoccali**
                                                                             Cynthia Ann Zoccali