# EXHIBIT 1



FILED
OCT 2 2 2024
TIMOTHY McGRATH, CLERK
DEP CLERK



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>CYNTHIA ANN ZOCCALI<br>Debtor | Case No. 24-10445-amc |
| | Chapter 13 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-B SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AB2<br>Movant | |
| vs.<br>CYNTHIA ANN ZOCCALI<br>And<br>ROBERT E SHAPLEY (NON-FILING CO-DEBTOR)<br>Respondents | 11 U.S.C. §362 and §1301 |

## ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY

AND NOW, this __9th__ day of __October__, 20__24__, at **PHILADELPHIA**, upon Motion of HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB2 (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 Co-Debtor Stay is granted with respect to, 118 Meredith Drive, Spring City, Pennsylvania 19475 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Ashely M Chan
CHIEF BANKRUPTCY JUDGE

004141                                    78408004145018