## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the Commonwealth of Pennsylvania that a true and correct copy of the **NOTICE OF APPEAL AND STATEMENT OF ELECTION** was served on 10/22/24 to the parties listed below by USPS Mail and via the Court's CM/ECF system to all parties registered to receive electronic notice:

Andrew Spivack, Esq.,
Attorney for alleged creditor
Brock & Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107
ECFEMAILS@PH13TRUSTEE.COM

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV



FILED
OCT 2 2 2024
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

/s/Cynthia Ann Zoccali
Cynthia Ann Zoccali

Date: 10/22/24